**Martin H. Finneran, appellee, v. The City of Calumet City, appellant. Gen. No. 39,963.**

Heard in the second division of this court for the first district at the February term, 1938. Opinion filed December 13, 1938.

Miller, Gorham, Westcott & Adams and John E. Pavlik, for appellant; Herbert C. De Young, of counsel. Markman, Donovan & Sullivan and Henry O. Nickel, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.